(Nos. 1393-1755— )

OZELL BUSH, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 14, 1931.*

BENJAMIN G. POLLARD, for claimant.

OSCAR E. CARLSTROM, Attorney General; ROY D. JOHNSON, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

In the above entitled matter this court has made an allowance therein for the amount heretofore set forth and given the reasons therein.

It has been directed to the attention of this court that the amount, as heretofore allowed in this cause, has not been as much as was proper and desired. That being true, the court has permitted the above entitled cause to be reopened and recommends an additional amount in this case in the sum of $1,000.00.

The case involving the same person and the same injury, which has recently been filed, is hereby dismissed, being numbered as follows: Ozell Bush, No. 1755.